**JOHNSON v. LOWE'S COS.**

[354 N.C. 358 (2001)]

RICKY JOHNSON, Employee v. LOWE'S COMPANIES, INC., Employer, SELF-INSURED (GAB ROBINS, Servicing Agent)

No. 286A01

(Filed 9 November 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 143 N.C. App. 348, 546 S.E.2d 616 (2001), affirming an opinion and award entered by the North Carolina Industrial Commission on 2 November 1999. Heard in the Supreme Court 18 October 2001.

*Franklin Smith for plaintiff-appellant.*

*McElwee Firm, PLLC, by Karen Inscore McElwee, for defendant-appellees.*

PER CURIAM.

AFFIRMED.